MICHAEL P. KIMBRELL, ESQ.
Nevada State Bar # 07776
MICHAEL P. KIMBRELL, LTD
3470 EAST RUSSELL ROAD, Ste. 250
Las Vegas, Nevada 89120
(702) 471-7001
(Fax) 446-0493
Attorney for JAVIER PANUCO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAVIER PANUCO,<br><br>　　　　Defendant. | 2:12-cr-00082-MMD -VCF<br><br><br>**UNOPPOSED MOTION FOR ORDER TO PRE-TRIAL SERVICES TO CONDUCT DEFENDANT INTERVIEW** |

**COMES NOW** the defendant, **JAVIER PANUCO** by and through his counsel, **MICHAEL P. KIMBRELL, ESQ.**, and hereby moves this Honorable Court for an order for Pre-Trial Services to conduct an interview of Mr. Panuco to determine if he may be recommended released under conditions acceptable to insure his presence for future court proceedings. Counsel has communicated with Government counsel and authorization to represent they have no opposition to this motion. Of particular note, this Motion does not represent any agreement by the Government Counsel for defendant to re-open any detention hearing proceeding. Notwithstanding this note, counsel for defendant moves this Court for an Order to Pretrial Services to conduct an Interview of Mr. Panuco and prepare Recommendations regarding a potential release with necessary conditions.　　　　　　　　　　　　　　**DATED** this 14th day of August 2012.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael P. Kimbrell
　　　　　　　　　　　　　　　　　　MICHAEL P. KIMBRELL, ESQ.
　　　　　　　　　　　　　　　　　　Counsel for Javier Panuco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>              Plaintiff,                      )<br>                                                      )<br>      vs.                                          )<br>                                                      )<br> JAVIER PANUCO,                      )<br>                                                      )<br>            Defendant.               ) | **2:12-cr-00082-MMD -VCF**<br><br>**<u>ORDER</u>** |

     IT IS HEREBY ORDERED that the United States Department of Pre-Trial Services will interview and prepare a Report with Recommendations on Defendant Javier Panuco.

     DATED this  14th  day of  August , 2012.

                                                       _____<br>
                                               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Michael P. Kimbrell, LTD, and is a person of such age and discretion as to be competent to serve papers. That on August 14, 2012, I served an electronic copy of the above and foregoing UNOPPOSED MOTION FOR AN ORDER FOR PRE-TRIAL SERVICES TO CONDUCT AN INTERVIEW AND PREPARE A REPORT WITH RECOMMENDATIONS by electronic service (ECF) to the person(s) named below:

DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
Counsel for United States

KIMBERLY FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
Counsel for United States

/s/ Michael P. Kimbrell, Esq.
Employee of Michael P. Kimbrell, LTD